428 A.2d 248

## Commonwealth v. Monroe, Appellant.

Submitted March 23, 1979. Ronald F. O'Driscoll, Assistant Public De-

* Chief Justice Michael J. Eagen of the Supreme Court of Pennsylvania, is sitting by designation.

* President Judge Joseph F. O'Kicki of the Court of Common Pleas of Cambria County, Pennsylvania, is sitting by designation.

fender, for appellant; John J. Burfete, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.

HOFFMAN, J., filed a memorandum concurring statement.